Marjorie Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, Nevada 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Cameron Wiegand,**<br><br>         Plaintiff,<br>   vs.<br><br>**State Farm Mutual Automobile Insurance Company;** Messner Reeves LLP; Steven Knauss; Jose Rivera; Ellen Stoebling; Does 1 through 10, inclusive and Roe Corporations 1 through 10, inclusive,<br><br>         Defendants. | Case No.: 2:23-cv-01000-CDS-DJA<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br>**(Third Request)** |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective counsel of record, that the discovery deadlines in this case be extended as follows:

   **A. COMPLETED DISCOVERY**

   The parties have conducted the following discovery:

   1. Plaintiff has served his initial disclosure of witnesses and documents, and supplements thereto;

   2. Defendant has served its initial disclosure of witnesses and documents, and

supplements thereto;

3. Plaintiff has propounded and answered written discovery requests;

4. Defendant has propounded and answered written discovery requests.

**B. OUTSTANDING DISCOVERY**

1. Disclosure of expert witnesses;

2. Depositions of the parties;

3. Depositions of fact witnesses;

4. Depositions of treating physicians;

5. Depositions of expert witnesses;

6. Additional written discovery;

7. Disclosure of additional documents.

**C. GOOD CAUSE EXISTS FOR AN EXTENSION**

Counsel for the parties have been diligent in conducting discovery but need additional time to depose witnesses and gather documents. In order to produce certain documents requested by Plaintiff, Defendant asserts that a protective order is required. The protected documents are important for depositions and for the experts in this matter.

The parties have been working towards an agreement on a protective order in another case, Case 2:23-cv-00520-JAD-DJA *Tefft et al v. State Farm Mutual Automobile Insurance Company*. The parties have agreed to use the same protective order established in *Tefft* in this case, to avoid repetitive filings and conserve resources. The protective order in *Tefft* is due to be set in place in mid-July, pursuant to the Court's recent order in that case, and the parties expect to submit the same order in this matter shortly after. Therefore, there is good cause to extend the discovery deadline as requested.

STIPULATION AND ORDER TO EXTEND DISCOVERY

**D. PROPOSED EXTENDED DEADLINES**

The parties have agreed to extend the discovery deadlines in this case as follows:

| | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Motions to amend or add parties | Closed | Closed |
| Initial expert disclosures | July 12, 2024 | October 11, 2024 |
| Rebuttal expert disclosures | August 13, 2024 | November 12, 2024 |
| Close of Discovery | September 10, 2024 | December 10, 2024 |
| Dispositive motions | October 11, 2024 | January 10, 2025 |
| Pretrial Order | November 11, 2024 | February 10, 2025, or, if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

Dated this 14th day of June, 2024.

H&P LAW

/s/ Cara Xidis
Marjorie Hauf, Esq.
Nevada Bar No.: 8111
Cara Xidis, Esq.
Nevada Bar No.: 11743
*Attorney for Plaintiff*

DATED this 14th day of June, 2024.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Frank Toddre II
Frank Toddre II, Esq.
6385 S. Rainbow Blvd, Suite 600
Las Vegas, NV 89118
Fax: 702-893-3789
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED this 18th day of June, 2024.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND DISCOVERY