ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CAMERON WIEGAND, | Case No.: 2:23-cv-01000-CDS-DJA |
| Plaintiff | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant | |

   IT IS HEREBY STIPULATED and AGREED between Plaintiff CAMERON WIEGAND ("Plaintiff"), by and through his counsel, H&P LAW, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against

/ / /

/ / /

/ / /

/ / /

152788444.1

Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

| Dated this 26th day of February, 2025 | Dated this 25th day of February, 2025 |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | H&P LAW |
| /s/ Frank A. Toddre, II | /s/ Cara Xidis |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>FRANK A. TODDRE II<br>Nevada Bar No. 11474<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant State Farm Mutual Automobile Insurance Company* | MARJORIE L. HAUF<br>Nevada Bar No. 8111<br>MATTHEW G. PFAU<br>Nevada Bar No. 11439<br>CARA XIDIS<br>Nevada Bar No. 11743<br>710 South 9th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: February 26, 2025

_____
UNITED STATES DISTRICT JUDGE

152788444.1

2